Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Theresa M. Santos
Nevada State Bar No. 9448
tsantos@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Plaintiff, Victoria Mosley-Elliott

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA MOSLEY-ELLIOTT,<br><br>                    Plaintiff,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., WESTGATE MARKETING, LLC., and DOES 1-50, inclusive<br><br>                    Defendants. | Case No.:  2:19-cv-01520-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL AS TO  DEFENDANT DIAMOND RESORTS INTERNATIONAL MARKETING, INC.** |

IT IS HEREBY STIPULATED by and between Plaintiff VICTORIA MOSLEY-ELLIOTT (hereinafter "Plaintiff") and Defendant DIAMOND RESORTS INTERNATIONAL MARKETING, INC., (hereinafter "Defendant") by and through their undersigned counsel, that all claims Plaintiff had or may have against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed without prejudice in their entirety.

///

///

///

///

///

Each party to bear its own fees and costs.

DATED this 12th day of September, 2019.   DATED this 12th day of September, 2019.

WATKINS & LETOFSKY, LLP.   DIAMOND RESORTS INTERNATIONAL MARKETING, INC.

*/s/ Daniel R. Watkins*
_____
Daniel R. Watkins, Esq.
Nevada State Bar No. 11881
Theresa M. Santos, Esq.
Nevada State Bar No. 9448
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Attorneys for Plaintiff

*/s/ Calder Huntington.*
_____
Robert C. Huntington,  Esq.
Nevada State Bar No. 11996
10600 W. Charleston Blvd.
Las Vegas, NV 89135
In House Counsel  for Defendant, Diamond Resorts International Marketing, Inc.

## **ORDER**

IT IS SO ORDERED.

_____
DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANT DIAMOND RESORTS MARKETING, INC.

-2-