Daniel R. Watkins
Nevada State Bar No. 11881
DW@wl-llp.com
Theresa M. Santos
Nevada State Bar No. 9448
tsantos@wl-llp.com
WATKINS & LETOFSKY, LLP
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Plaintiff, Victoria Mosley-Elliott

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA MOSLEY-ELLIOTT,<br><br>              Plaintiff,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., WESTGATE MARKETING, LLC., and DOES 1-50, inclusive<br><br>              Defendants. | Case No.:  2:19-cv-01520-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANT DIAMOND RESORTS INTERNATIONAL MARKETING, INC.** |

IT IS HEREBY STIPULATED by and between Plaintiff VICTORIA MOSLEY-ELLIOTT (hereinafter "Plaintiff") and Defendant DIAMOND RESORTS INTERNATIONAL MARKETING, INC., (hereinafter "Defendant") by and through their undersigned counsel, that all claims Plaintiff had or may have against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed without prejudice in their entirety.

///

///

///

///

///

1   Each party to bear its own fees and costs.

3   DATED this 12th day of September, 2019.     DATED this 12th day of September, 2019.

4   WATKINS & LETOFSKY, LLP.              DIAMOND RESORTS INTERNATIONAL
                                          MARKETING, INC.
5   */s/ Daniel R. Watkins*
    _____          */s/ Calder Huntington.*
6   Daniel R. Watkins, Esq.                 _____
7   Nevada State Bar No. 11881              Robert C. Huntington, Esq.
    Theresa M. Santos, Esq.                 Nevada State Bar No. 11996
8   Nevada State Bar No. 9448               10600 W. Charleston Blvd.
    8215 S. Eastern Ave., Ste. 265          Las Vegas, NV 89135
9   Las Vegas, NV 89123                     In House Counsel for Defendant, Diamond
10  Attorneys for Plaintiff                 Resorts International Marketing, Inc.

### **ORDER**

IT IS SO ORDERED  September 16, 2019.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANT DIAMOND RESORTS MARKETING, INC.
-2-