Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
*Attorneys for Defendant Westgate Marketing, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTORIA MOSLEY-ELLIOTT,<br><br>Plaintiff,<br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., WESTGATE MARKETING, LLC, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-01520-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WESTGATE MARKETING, LLC TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

The Parties, by and through their respective counsel of record, respectfully submit the following stipulation to allow defendant Westgate Marketing, LLC ("Defendant") additional time to file a responsive pleading to Plaintiff's Complaint filed on August 30, 2019 [D.E. 1]. Defendant's response is currently due on September 30, 2019. The Parties have agreed to allow Westgate through and until November 8, 2019 to respond to the Complaint. An extension is necessary as counsel has recently been retained, and the extension will allow Defendant sufficient time to appropriately review, investigate, and respond to the Complaint. Additionally, Defendant's counsel will be out of the jurisdiction during a significant portion of the extension.

///

///

///

///

///

41375609v1

This is Defendant's first request for an extension of time to respond to the Complaint and is not made for the purpose of delay.

Respectfully submitted by:

DATED this 26th day of September, 2019

**GREENSPOON MARDER LLP**

*/s/ Phillip S. Silvestri, Esq*
Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
3993 Howard Hughes Parkway #400
Las Vegas, Nevada 89169

*Attorneys for Defendant Westgate Marketing, LLC*

DATED this 26th day of September, 2019

**WATKINS & LETOFSKY**

*/s/ Theresa M. Santos, Esq.*
Theresa M. Santos, Esq.
Nevada Bar No. 9448
8215 S. Eastern Ave., Ste. 265
Las Vegas, NV 89123

*Counsel for Plaintiff*

## **ORDER**

It is hereby **ORDERED** that Defendant Westgate Marketing, LLC shall have up to, and including, November 8, 2019 to file a response to Plaintiff's Complaint.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

_____
United States Magistrate Judge

Dated: September 30, 2019

41375609v1