**JOINTLY SUBMITTED**

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249 / Fax: (954) 333-4256

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

VICTORIA MOSLEY-ELLIOTT,

      Plaintiff,

v.

WESTGATE MARKETING, LLC, and
DOES 1-50, inclusive,

      Defendants.

Case No.  **2:19-cv-01520-JCM-NJK**

**STATUS REPORT REGARDING
SETTLEMENT DOCUMENTS**

      Defendant Westgate Marketing, LLC ("Westgate") and Plaintiff Victoria Mosley-Elliott, ("Plaintiff',"), by and through their respective counsel of record, file this status report pursuant to the Court's minute order of February 5, 2020 [ECF #19].

      The Parties have been working diligently toward settlement. The parties have been negotiating the terms of a final settlement agreement, and have just reached agreement this week. The Parties anticipate receiving signed settlement documents within one (1) week. After Plaintiff signs the agreement, the Parties will need to wait seven (7) days for expiration of Plaintiff's rescission rights under the Older Workers Benefit Protection Act. After that time, Westgate can issue payment as provided in the agreement.

///
///
///
///
///

43576474v1

The parties anticipate that they will be able to complete the settlement process and file a stipulation for dismissal with prejudice within thirty (30) days. No Court intervention is necessary at this time. In the unlikely event that the parties are unable to do so, the Parties will submit a status report advising the Court re: the same on or before April 3, 2020, or as soon as the Court wishes.

Dated this 5th day of March, 2020.

**Watkins & Letofsky, LLP**                    **Greenspoon Marder LLP**

*/s/ Theresa Santos, Esq.*                        */s/ Phillip A. Silvestri, Esq.*
THERESA M. SANTOS, ESQ.                    PHILLIP A. SILVESTRI, ESQ.
Nevada Bar No. 9448                              Nevada Bar No. 11276
*Attorneys for Plaintiffs*                         *Attorneys for Defendant*

IT IS ORDERED that the parties
are to file dismissal paperwork or
a joint status report by April 6,
2020.

**IT IS SO ORDERED**

**DATED: March 06, 2020**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

43576474v1

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4255 / Fax: (954) 771-9264