Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
*Attorneys for Defendant Westgate Marketing, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA MOSLEY-ELLIOTT,<br><br>    Plaintiff,<br><br>v.<br><br>WESTGATE MARKETING, LLC, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.  2:19-cv-01520-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**(JOINTLY SUBMITTED)** |

The parties, by and through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree:

1. In consideration of a negotiated settlement executed by them, this case, including all claims asserted by any party, shall be dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted by:

Dated this 24th day of March, 2020.

| | |
|---|---|
| **Watkins & Letofsky, LLP** | **Greenspoon Marder LLP** |
| */s/ Theresa Santos, Esq.*<br>THERESA M. SANTOS, ESQ.<br>Nevada Bar No. 9448<br>*Attorneys for Plaintiffs* | */s/ Phillip A. Silvestri, Esq.*<br>PHILLIP A. SILVESTRI, Esq.<br>Nevada Bar No. 11276<br>*Attorneys for Defendant* |

   **IT IS SO ORDERED**

   _____
   **UNITED STATES DISTRICT JUDGE**

   **DATED:** March 30, 3020

Page 1 of 1

43712753v1